COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     David Garza v. The State of Texas

Appellate case number:   01-12-00206-CR

Trial court case number:  1297051

Trial court:             232nd District Court of Harris County, Texas

Appellant, David Garza, has filed a "First Motion for Extension of Time," requesting an additional sixty days to file his pro se *Anders* response and a copy of the appellate record from this Court. We grant the motion in part.

On August 1, 2012, after appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous and a motion to withdraw as appellant's counsel, *see Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967), the Clerk of this Court notified appellant that his counsel had filed the brief and motion to withdraw, and:

> [Y]ou may file a Response to your lawyer's *Anders* Brief on or before **September 13, 2012**, or may file a motion to extend the time you have to file a Response with the court. If you choose to ask for more time to file a Response, then you must file your motion for an extension to file a Response on or before **September 13, 2012.**

Appellant did not file a response to the *Anders* brief or a motion for an extension on or before September 13, 2012.

On August 3, 2012, this Court denied counsel's motion to withdraw. Counsel responded with a motion for clarification, which this Court granted on October 10, 2013. In its order, the Court stated that appellant "may object to counsel's withdrawal on or before" October 30, 2013. On October 28, 2013, appellant filed a letter objecting to counsel's motion and his motion seeking an extension of time to file an *Anders* response. On November 1, 2013, counsel filed an amended motion to withdraw.

Accordingly, we grant appellant's motion for an extension of time to file a response to his counsel's *Anders* brief in part. **Appellant's response, if any, is ordered to be filed no later than 30 days from date of this order. No further extensions will be granted.**

The Clerk of this Court sent a copy of the clerk's and reporter's records to appellant on November 5, 2013. The portion of appellant's motion requesting a copy of the appellate record is **dismissed as moot.**

It is so ORDERED.

Judge's signature: /s/ Jim Sharp

☑ Acting individually ☐ Acting for the Court

Date: November 7, 2013